FREEMAN MATHIS & GARY, LLP
Paul Piantino III, Esq.
Christopher G. Donnelly, Esq.
Attorney ID No: 010661996 & 243352018
One Riverfront Plaza
1037 Raymond Boulevard, Suite 910
Newark, NJ 07102
(973) 536-0468
*Attorneys for Plaintiff,*
*Evanston Insurance Company*

SO ORDERED. The Clerk of the Court shall mark the matter **CLOSED**.

_____
Hon. Esther Salas, U.S.D.J.
Dated: February 24, 2023

## UNITED STATES DISCTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                    **Plaintiff**,<br><br>v.<br><br>BURLINGTON INSURANCE COMPANY,<br><br>                    **Defendant**. | Civil Action No. 22-6580<br><br>**STIPULATION OF DIMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that the above captioned matter be and is hereby dismissed without prejudice and without costs to any party

| FREEMAN, MATHIS & GARY LLP<br>*Attorneys for Plaintiff,*<br>*Evanston Insurance Company.*<br><br>BY: _____<br>      Paul Piantino III, Esq.<br>      Dated: 2/17/23 | LAZARE POTTER GIACOVAS & MOYLE LLP<br>*Attorneys for Defendant,*<br>*The Burlington Insurance Company*<br><br>BY: _____<br>      Yale Glazer, Esq.<br>      Dated: 2/22/23 |